UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-80275-BER

MELANIE BERES,

Plaintiff,

vs.

ST. MARY'S MEDICAL CENTER, INC.,

Defendant.

_____/

**REPORT AND RECOMMENDATION ON
PAPERLESS ORDER [ECF No. 10]**

On March 13, 2026, *pro se* Plaintiff Melanie Beres filed a Complaint against St. Mary's Medical Center, Inc. for deprivation of her civil rights. ECF No. 1. Ms. Beres moved for leave to proceed *in forma pauperis* ("Motion"). ECF No. 3. On March 16, 2026, I entered an Order denying her Motion without prejudice, and she was ordered to file the long-form financial affidavit. ECF Nos. 4, 6. The following month, Ms. Beres filed the long form affidavit ("Second Motion"). ECF No. 7. After review, I denied her Second Motion because Ms. Beres did not substantiate her request. ECF No. 10. Ms. Beres was given until May 6, 2026, to pay the filing fee. *Id.* That deadline has passed without Ms. Beres paying the fee or otherwise filing anything with the Court.

Therefore, I ORDER the Clerk of the Court to randomly assign a District Judge to preside over this matter, and I RECOMMEND to the District Judge that the case be dismissed without prejudice for failure to comply with the Court's Order. *See Taylor v. Nelson*, 356 F. App'x 318, 319 (11th Cir. 2009) (per curiam).

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court dismiss the case without prejudice.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

2

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 29th day of May 2026.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3