UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-80275-CV-Middlebrooks

MELANIE BERES,

     Plaintiff,

v.

ST. MARY'S MEDICAL CENTER,
INC.,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court upon a Report and Recommendation ("Report"), entered on June 1, 2026 by Magistrate Judge Bruce E. Reinhart. (DE 11). The Report recommends I dismiss the case without prejudice for failure to pay the filing fee as ordered by Judge Reinhart. (DE 10). No objections have been filed and the deadline to object has passed. Upon review of the Report and the record, it is **ORDERED AND ADJUDGED** that:

1)  Judge Reinhart's Report (DE 11) is **ADOPTED.**

2)  The case is **DISMISSED WITHOUT PREJUDICE.**

3)  The Clerk shall **CLOSE** this case and all pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 2 day of June, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

2